| | |
|---|---|
| Louise Perri Fulchiero<br>10736 Jefferson Blvd<br>789<br>Culver City, CA 90230<br><br>*Debtor appearing pro se* | **FILED & ENTERED**<br><br>**SEP 15 2016**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Cetulio    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SAN FERNANDO VALLEY</u> DIVISION**

| In re:<br><br>Louise Perri Fulchiero<br><br><br><br>Debtor(s). | CASE NO.: 1:16-bk-12557-MT<br>CHAPTER: 13<br><br>**ORDER RE MOTION TO EXTEND DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**<br><br>*Motion is docket entry # 10* |
|---|---|

On September 14, 2016, the debtor filed a Motion to extend time to file case commencement documents (Motion). Having reviewed the Motion IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is **September 23, 2016**. If all deficient documents are not filed by the extended deadline, this case shall be dismissed.

☐ The Motion is DENIED because (*check all reasons that apply*):

☐ A hearing on the Motion is set for the following date, time and location:    **Date:**    **Time:**

    **Courtroom #**    **Address of courthouse**:

###

Date: September 15, 2016

*[signature]*
Maureen A. Tighe
United States Bankruptcy Judge