Form CACB (odcnf–VAN162)
(06/2014)

# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO FILE INITIAL PETITION DOCUMENTS

**DEBTOR INFORMATION:**
Louise Perri Fulchiero

**BANKRUPTCY NO.**  1:16–bk–12557–MT

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–1250
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Dismissal Date:** 9/30/16

**Address:**
10736 Jefferson Blvd
789
Culver City, CA 90230

It appearing that a voluntary petition was filed in the above–captioned case without all the documents, signatures, or information required by FRBP 1007 and LBRs 1002–1 and 1007–1(a) to be filed or submitted at the time of the filing of a voluntary petition,

IT IS HEREBY ORDERED THAT:

(1)     The case is dismissed.
(2)     The automatic stay is vacated.
(3)     Any discharge entered in this case is vacated.
(4)     The Court retains jurisdiction on all issues arising under Bankruptcy Code §110, 329 and 362.

Dated: September 30, 2016

FOR THE COURT,

**Maureen Tighe**
United States Bankruptcy Judge

(Form odcnf–VAN162) (Rev. 06/2014)                                                                                        **13 / KRV**